UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JONATHAN JACOBS
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Division of Human Rights
_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

RECEIVED JAN 13 2016 PRO SE OFFICE

COMPLAINT

Jury Trial: ☒ Yes  ☐ No
(check one)

16 CV 0307

I. **Parties in this complaint:**

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  Name Jonathan Jacobs
Street Address 65-48  174  Street
County, City Fresh Meadows, N.Y.
State & Zip Code 11365
Telephone Number (917) 497-9555

B. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1  Name Division of Human Rights
Street Address 1 Fordham Plaza
Bronx, N.Y. 10452

Rev. 05/2010

```
                County, City _____
                State & Zip Code _____
                Telephone Number _____

Defendant No. 2    Name _____
                Street Address _____
                County, City _____
                State & Zip Code _____
                Telephone Number _____

Defendant No. 3    Name _____
                Street Address _____
                County, City _____
                State & Zip Code _____
                Telephone Number _____

Defendant No. 4    Name _____
                Street Address _____
                County, City _____
                State & Zip Code _____
                Telephone Number _____
```

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A. What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal Questions       ☐ Diversity of Citizenship

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue?

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____
Defendant(s) state(s) of citizenship _____

## III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

Rev. 05/2010

---

Handwritten annotations overlaid on the form:

In the first case the Discrimination - which disallowed the merits of any hearing formed a $75,000 damage was levied against me. Two different police and arbitrary changes in the "default-time wherein I could have been heard on the merits. They engaged in a 1 hour delay subterfuge since they needed extra time to prove to the Top Administrator that they exhausted all efforts to locate the "Complainants" of the 2nd Case who never appeared since they need to justify that they "unfortunately" could not prosecute me (JACOBS) since the Complainant Never appeared. But when I was only 1/2 hour late they didn't even delay my default by 1 minute so they could "Notch-up a Conviction.

P. 2

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? MANHATTAN at 971 Columbus Avenue (apt 1)

B. What date and approximate time did the events giving rise to your claim(s) occur? Dec 2013

C. Facts: Your Honor, — In 2012 I WAS a landlord in manhattan at 971 Columbus Avenue.

[What happened to you?] Two tenants complained about me to the Division of Human Rights. They took the 2 cases against me.

[Who did what?] One tenant was Miss Lily Davis Staton. The second tenant was Mr. Richard Colon.

[Was anyone else involved?] As best as I CAN state, my plea to you to grant me a trial on the merits / I WAS LATE to the STATON Hearing by 30 minutes. I fell on my paralyzed LEG that morning

[Who else saw what happened?] I DID, in fact, call but they defaulted me at 9:30 Am. on May 12, 2013. The fine $75,000. (medical report Exhibit A)

With the 2nd tenant, Mr. Richard Colon, trial

IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

Rev. 0: 2010                                     P. 3

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? Manhattan at 971 Columbus Avenue (apt 1)

B. What date and approximate time did the events giving rise to your claim(s) occur? On May 14, 2013

C. Facts:

**What happened to you?**

Cont'd → WAS held on May 14 I was careful and punctual this time and arrived early at 9:00 Am. The Plaintiff, Mr. Colon, never, in fact, arrived. Thus, at 9:30 (which was the same time they had defaulted me on the Staton case) I courteously asked to be excused to leave and that the case be dismissed. The A.L.J. replied "NO".

**Who did what?**

I inquired as to why. He cited 10:30 was the time for default. My plea and explanation of the "STATON" default time of "9:30" fell upon deaf ears.

**Was anyone else involved?**

I pleaded with him once again to honor the default hour of 9:30 which resulted in a $75,000 fine for me. I asked him again why the Division would not be equally severe with Mr. Colon and grant the 9:30 Am default to me as well. Once again he replied "NO".

**Who else saw what happened?**

IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. NONE

Rev. 01 2010

④

C. Facts:

*What happened to you?*

Please Judge — I hope to provide this Court a reason to hear my case. I can provide at such a trial the possible reason that they added-on one extra hour to the "default" time of 10:30 A.m. for me and NOT 9:30 AM as they did with the 'STATON' case wherein I was fined $75,000.

Reason #1 — Mr. COLON, the plaintiff Never Showed.

Reason #2 — The Division got unnerved knowing they could not prosecute me without a plaintiff — Mr. Colon.

Reason #3 — The Division spent the hour making calls and a frenzy of Heroic efforts to Locate Mr. Colon and his 3 witnesses.

Reason #4 — I have minutes of the decision by the Division wherein they List All the efforts by the Judge and a Mrs. McKenzie + the personnel calling — E-mailing, texting, and doing this repeatedly for one hour until 10:30 A.m. Then at 10:30 did they allow me to leave and dismiss the case.

Reason #5 — Your Honor, I may be wrong, but the specific listing of all these efforts (that Have been given to me of their decision) might Now be working against them. Why? Because the listing of these "HEROIC" efforts to Contact Mr. Colon was needed by them to show and justify the Colon 'dismissal' to their superiors; but at my expense.

(P.5)

C. Facts: [What happened to you?] Your Honor — I feel that I may have been wronged.

[Who did what?] If the Division (as a court-of-law) waited an extra hour — and to use that hour to labor and go "ALL-OUT" to locate Mr. Colon + his 3 witnesses as "complainants" WHY SHOULDN'T THAT extra HOUR ALSO TO HAVE BEEN EXTENDED to me as a "defendant" in the Staton case? Is this like making up NEW rules as you go along?

[Was anyone else involved?]

C. Facts: [What happened to you?] I further implored that if I'd have been graced with a 10:30 default hour with my STATON case then I'd have been heard on the merits and possibly avoided a fine of $75,000.

[Who did what?] As well, I would not have had to reach out to Federal Court for possible relief and thus waste the time of this court.

[Was anyone else involved?] Your Honor, I beg for the assistance of this Court to hear me on the merits which the Division of Human Rights would not, and show how they bent the rules to suit their own purpose.

[Who else saw what happened?] I am near 75 years old, paralyzed left leg and have a "drop-foot" condition as described in the attached (EXHIBIT A) and which accounts for my lateness. My thanks and any other further relief given to me by this court.

IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

No medical injuries

P. 6

Rev. 05 2010

**V.   Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. (1) I guess to either dismiss the case against me

(2) to permit a trial so that I may be heard on the merits.

(3) Perhaps to have a trial and if I am vindicated, to fine the Division of Human Rights the same $75,000 they sought to wrought on me plus punitive damages as this court may deem proper.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___ day of January, 20 16

Signature of Plaintiff   Jonathan Jacobs

Mailing Address   65-48 174 Street Flesh Meadows, NY 11365

Telephone Number   (917) 497-9555

Fax Number (if you have one) _____

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number _____

*Rev. 05/2010*

## EDWARD S. RACHLIN, M.D.
Orthopedic Surgery & Spine Rehabilitation
1015 Madison Avenue
New York, NY 10021

---------------

Telephone: 212-249-8100
Facsimile: 212-860-8132
*Office Record*

November 18, 2015

Re: Jonathan Jacobs
Ch#: 127333
    6548 174th Street
    Flushing, NY 11365

**FOLLOW UP VISIT:** Jonathan Jacobs, was seen today for the purpose of evaluation to qualify for New York parking permit. The patient was last seen on April 21, 2010. The patient had laminectomy L4-L5 on 03/01/07. The patient had a complete footdrop on the left side for four weeks prior to surgery which continues. The patient has been under the care of chiropractor since 2009 receiving treatments two times a week. The patient states he stop for several months and continues. The patient continues to experience left buttock pain three to four times a week. He has left dropfoot with weakness involving the left leg. Numbness lateral aspect of the left leg and foot. Paresthesia twice weekly when his foot feels numb. No pain with coughing or sneezing, but occasional night pain. He is limited in walking. The patient can walk 100 feet, but is limited because of tiredness and pain in the left hip and leg. He uses AFO and cane. Sitting tolerance 10 minutes. He states he shift his weights. Walks on flight of stairs. Driving is fine. Sleeping okay.

**EXAMINATION:** The patient has a dropfoot gait. Difficulty with single leg stance left. He is able to walk on his toes. Upper extremity reflexes are symmetrical, 1+ right and left biceps, 1+ right and left triceps. Negative Hoffmann bilaterally. No sensory deficit in the upper extremities. Some muscle weakness. Lower extremity reflexes, absent right knee, absent left knee, 1+ right ankle, and 1+ left ankle. Decreased sensation left L2 to S1. Muscle weakness 4 left hip flexor, 5 left quadriceps, 0 left TA, 0 left EHL, 3+ left EV, 4+ left hip abductor, 4+ left hamstring, -5 right hip abductor, and -5 right hamstring. Examination of the left knee, tenderness medially.

No joint effusion. The patient state he wears a knee support. The patient has a torn meniscus, left knee.

The patient brought in EMG study of lumbar spine dated 02/09/07 performed by Dr. David _____. List of medication includes ibuprofen and vicodin periodically.

(EXHIBIT A)

**TREATMENT PLAN:**   The patient did not come for treatment. He is aware of his symptoms. An MRI study should be performed annually for diagnostic purposes to see if any further pathology exists. The cause of the patient's present disability however is noted clinically. The patient has a marked left dropfoot with muscle weakness. His symptoms include low back pain and decreased sensation, left lower extremity. The patient can only walk 100 feet without stopping. EMG study is from 2007. The patient states he has x-rays of both knees. He has been told that he has a torn meniscus involving the left knee. His symptoms and physical findings note substantial level of disability. He is here hoping that this evaluation will provide information that would permit him to obtain a parking permit. The patient did provide and MRI report of lumbar spine dated 01/31/07. The patient states that he does drive and owns a private vehicle. He walks using and AFO, a cane, and a knee brace.

Sincerely,

Edward Rachlin, MD

## *VERIFICATION*

STATE OF NEW YORK   )
                    )ss.:
COUNTY OF KINGS     )

**JONATHAN JACOBS**, being duly sworn deposes and says:

1. I am the Petitioner herein and as such am fully familiar with the facts and circumstances surrounding this matter.

2. I have read the foregoing Petition and know the contents thereof to be true to my own knowledge, except as to those matters therein stated to be alleged upon information and belief and as to those matters your deponent believes them to be true.

_____
**JONATHAN JACOBS**

Sworn to before me this
_____ day of July, 2012

_____
NOTARY PUBLIC

Jacobs (Lee) - NP+P holdover